UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONYA SUTTON,

    Plaintiff,

v.

HEARTLAND PAYMENT SYSTEMS, LLC, and JOSEPH WAYNE RIGSBY, SR.,

    Defendants.

No. 1:18-cv-00723-PJK-KK

**FINAL JUDGMENT**

THIS MATTER came before the court on Defendant Heartland Payment Systems LLC's Motion for Summary Judgment (ECF No. 29) and Plaintiff Tonya Sutton's request for default judgment against Joseph Wayne Rigby, Sr.  Decisions having been rendered on the motion for summary judgment (ECF No. 49) and the request for default judgment (ECF No. 58),

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that:

(1) Plaintiff Tonya Sutton shall take nothing on her amended complaint against Defendant Heartland Payment Systems LLC and Joseph Wayne Rigsby, Sr.;

(2) Judgment is entered in favor of Defendant Heartland Payment Systems LLC and against Plaintiff Tonya Sutton, each party to bear its own costs;

(3) The amended complaint and action are dismissed with prejudice.

DATED this <u>17th</u> day of October 2019, at Santa Fe, New Mexico.

<u>/s/ Paul Kelly, Jr.</u>
United States Circuit Judge
Sitting by Designation